**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

Charles Scandore, individually and on behalf of all others similarly situated,

                    Plaintiff,

    -against-

The Clorox Company,

                    Defendant.

Case No. 2:22-cv-06545

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Charles Scandore, individually and on behalf of himself, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice.

Date: November 1, 2022

                    Respectfully submitted,

                    By: */s/ Jason P. Sultzer*
                    Jason P. Sultzer, Esq.
                    **THE SULTZER LAW GROUP P.C.**
                    270 Madison Avenue, Suite 1800
                    New York, NY 10016
                    Tel.: (845) 483-7100
                    *sultzerj@thesultzerlawgroup.com*

                    *Counsel for Plaintiff*